CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT -2 2014

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Criminal Action No. 4:08CR00007-002 |
| TABITHA LYNN GANN, | ) ) | ORDER |
| Defendant. | ) | |

A Supervised Release Revocation Hearing was held on October 2, 2014 for the above named defendant upon request of the United States Probation Office. It is the finding of the Court that the defendant did violate the conditions of her supervised release. It is hereby

**ORDERED**

that defendant's term of supervised release be extended for a term of 6 months under the same terms and conditions as previously imposed by this Court on April 23, 2009, with the addition of the following special conditions:

1. The defendant shall participate in the Location Monitoring Program under home detention for a period of 3 months and shall abide by all program requirements. The defendant is restricted to his/her residence at all times except for employment; education; religious services; medical; substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the probation officer.

2. While under home detention, the defendant shall submit to location monitoring and shall pay the costs of the location monitoring service.

The clerk shall send copies of this order to all counsel of record and the U. S. Probation Office.

ENTER this 2nd day of October, 2014.

/s/ Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE